

ORDERED in the Southern District of Florida on May 6, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-21941-BKC-LMI

CHAPTER 13

IN RE:

LUIS M. TEJEDA
and JEANETTE B. TEJEDA,
    Debtors.
_____/

### ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 1 FILED BY NORDSTROM FSB

THIS CAUSE having come on to be heard at 9:00 a.m., on May 3, 2016, on the Debtors' Objection to Claim No. 1 filed by Nordstrom FSB, [ECF 207] and based upon the record, it is,

**ORDERED**:

1.    The Debtor's Objection to Claim No. 1 filed by Nordstrom FSB is SUSTAINED.

2. Claim No. 1 filed by Nordstrom FSB, as an unsecured claim, in the amount of $4259.28, is STRICKEN and DISALLOWED.

# # #

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Nordstrom FSB
Nordstrom FSB, Attn: Blake W. Nordstrom

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.